862

■

John E. JENNINGS, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7060.

United States Court of Appeals,
Federal Circuit.

May 29, 2007.

**ORDER**

Order Vacated, *See* 277 Fed.Appx. 905, 2007 WL 1799697 (Fed.Cir.2007).

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.